**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
US INFORMATION GROUP LLC and VASILIY
FOMIN,

                        Plaintiffs,

          -against-                            22 **CIVIL** 6661 (PKC)

                                                       **JUDGMENT**

EBF HOLDINGS, LLC (d/b/a EVEREST BUSINESS
FUNDING d/b/a EBF), SCOTT CROCKETT, CAST
CAPITAL LENDING CORP., BMV EQUITIES, LLC,
PROSPERITAS CAPITAL, LLC, VADIM LEYBEL,
BORIS LEYBEL, ERIC PEREMEN, and SAADIA
SHAPIRO,

                        Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 22, 2023, the Third Amended

Complaint is dismissed because it fails to plausibly allege the collection of unlawful debt. The

Complaint is also dismissed as to defendants Crockett, Shapiro, Vadim Leybel, Boris Leybel,

BMV and Prosperitas on the alternative ground that it does not plausibly allege participation in a

RICO enterprise or conspiracy. Judgment is entered for defendants; accordingly, the case is

closed.

**Dated:**  New York, New York

      September 25, 2023

                                       **RUBY J. KRAJICK**
                                    _____
                                       **Clerk of Court**

              **BY:**          K. Mango
                                    _____
                                       **Deputy Clerk**